594

389 A.2d 207

Peterson v. Peterson, Appellant et al.

Submitted November 14, 1977. Mark B. Greenblatt, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 207

Rogers v. Rogers, Appellant.

Argued December 12, 1977. Joseph A. Malloy, Jr., with him Hamilton, Darmopray & Malloy, for appellant; No appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WATKINS, former P. J., did not participate in the consideration or decision of this case.